IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOANNA VERNELL HOOD                                                                                    PLAINTIFF

v.                                  NO. 3:15-cv-00345 PSH

CAROLYN W. COLVIN, Acting Commissioner                                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 31st day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE